IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

*FILED*
*02 JUN -5 PM 3:00*

GREGORY K. KELLERMAN, individually
and as the representative of a class of
similarly-situated persons,

      Plaintiff,

      v.

BLOCKBUSTER, INC.,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

No. 02 L 625

*02-567 DRH*

## CLASS ACTION COMPLAINT FOR BREACH OF CONTRACT

Plaintiff Gregory K. Kellerman ("Plaintiff"), individually and as the representative of a class of all similarly-situated persons, brings this breach of contract action against defendant Blockbuster, Inc. ("Blockbuster"), and alleges the following upon information and belief, except for the allegations pertaining to Kellerman or his attorneys, which are based upon personal knowledge:

### INTRODUCTION

1.      This single-count breach of contract case is about Blockbuster's nationwide frequent renters program, called "Blockbuster Rewards."

2.      In the brochures providing the terms of membership for the Blockbuster Rewards program, Blockbuster expressly promises that members will receive "1 FREE rental after five paid rentals of any movies and/or games during each calendar month."

3.      Blockbuster systematically breaches that promise, however, by failing to count every paid rental as a paid rental.[1]

---

[1]      Herein, the term "video" refers to video movies and video games.

2

4.     When a Blockbuster Rewards member keeps a video beyond its original due date, Blockbuster automatically re-rents the video to the member for the same rental price and the same rental period as the initial rental.  After the member's payment is received, however, Blockbuster does not count the second rental as a paid rental on the member's Blockbuster Rewards account, even though the second rental is deemed by Blockbuster as both "paid" and a "rental."

5.     By failing to count all of their paid rentals as paid rentals, and failing to credit those rentals to their Blockbuster Rewards accounts, Blockbuster has breached its contractual obligations to Plaintiff and the other members of the Blockbuster Rewards program and deprived them of free rentals they earned.

## PARTIES

6.     Plaintiff is a Madison County resident living at 815 Harvard Drive, Edwardsville, Illinois 62025.

7.     Blockbuster is a Delaware corporation with its principal place of business in Dallas, Texas.  Blockbuster regularly does business throughout Illinois, including Madison County.

## JURISDICTION AND VENUE

8.     Blockbuster is subject to jurisdiction in Illinois because it maintains stores and conducts business throughout the State.  Blockbuster has transacted business, and made or performed contracts substantially connected with this State.  Plaintiff's transactions with Blockbuster occurred in Glen Carbon, Illinois.

9.     Venue is proper in Madison County, because Plaintiff's cause of action arises out of a contract formed in Madison County, and it concerns transactions at a Madison

County Blockbuster store.  Blockbuster maintains Madison County stores in Glen Carbon, Collinsville, Wood River, Granite City, and Alton, Illinois.  Blockbuster is not a resident of Illinois.

10.     Blockbuster cannot remove this case to federal court because there is no basis for federal jurisdiction.  Plaintiff asserts no federal question and his individual claim is worth less than $75,000, inclusive of all damages and fees.  Plaintiff expressly disclaims any individual recovery in excess of $75,000.

## FACTS

11.     This case is about "Blockbuster Rewards," the nationwide "frequent renters program" Blockbuster started in 1998.

12.     Blockbuster promotes the sale of Blockbuster Rewards memberships with uniform brochures describing the benefits and rewards the program offers, and establishing all of the terms and conditions of membership.  (For example, a Blockbuster Rewards brochure dated April 1999 is attached hereto as Exhibit 1 and a Blockbuster Rewards brochure dated August 1999 is attached as Exhibit 2.)  Blockbuster distributes these brochures nationwide.

13.     The Blockbuster Rewards brochures state that a member will earn a free video rental after he pays for five rentals in a calendar month.  (*See, e.g.*, Exhibit 1 and Exhibit 2.) For example, the April 1999 brochure states:

> **Rent Five, Get One FREE Every Month.**
>
> As a BLOCKBUSTER Rewards member, you'll also get one FREE rental after five paid rentals of any movies and/or games during each calendar month, up to two FREE rentals per month.  Choose any title in the store, including New Releases, BLOCKBUSTER Favorites and Games, for your FREE rentals.

(Exhibit 1.)

14.     The Blockbuster Rewards brochures state that Blockbuster bears the burden of

"tracking" each member's monthly rentals, and of informing him of his free rentals.  (*See e.g.,*

Exhibit 1 and Exhibit 2.)  For example, the April 1999 brochure states:

**Automatic Tracking – No Punch Cards.**

We'll keep track of your monthly rentals and let you know when you've
earned a FREE rental.  Use your FREE rental immediately or anytime by the
end of the next calendar month.  Check your receipt to see how close you are
to your next FREE rental, and when the FREE rentals you've already earned
will expire.

(Exhibit 1.)

15.     In a question and answer section on its website, Blockbuster explains:

Q:      How will I know when I have earned a FREE rental?

A:      We keep track of your monthly rentals automatically – no punch cards
– and tell you when you've earned a FREE one.  If you request a
receipt at check-out, it will detail how close you are to your next FREE
rental and when your existing FREE rentals will expire.

(A printout from Blockbuster's website, www.blockbuster.com, is attached hereto as Exhibit

3.)

16.     Blockbuster authored all of the membership terms for the Blockbuster Rewards

program—those contained in the Blockbuster Rewards brochures—and offers membership

only on a take-it-or-leave-it basis.  Members are not allowed to individually negotiate the

terms of membership.

17.     A Blockbuster customer can join the Blockbuster Rewards program by paying

an annual membership fee.  As a member, he is entitled to all of the rights and privileges the

program offers.

18.     Plaintiff joined the Blockbuster Rewards program on April 1, 1998, by paying the required annual membership fee. (Plaintiff does not possess a copy of the program terms Blockbuster originally provided him.) Since then, Plaintiff has remained a member in good standing by paying the required annual membership fees.

19.     As a member of the Blockbuster Rewards program, Plaintiff earned a free video rental each time he paid for five video rentals during a single calendar month.

20.     As his rental history shows, Blockbuster did not credit Plaintiff's Blockbuster Rewards account with all of the free rentals he earned, however, because Blockbuster did not count all of his paid rentals as paid rentals under the program.

21.     Prior to filing this lawsuit, Plaintiff obtained a copy of his Blockbuster rental history from Blockbuster. (A copy of that rental history is attached hereto as Exhibit 4.)[2]

22.     Each time Plaintiff kept a video beyond its original due date—thereby, pursuant to Blockbuster's policy, re-renting the video for the same rental price and the same rental period—Blockbuster did not count that second rental as a paid rental on Plaintiff's Blockbuster Rewards account, even though it was both "paid" and a "rental." (Exhibit 4.) This happened no less than 32 times. *Id.*

23.     For example, on May 5, 2001, Plaintiff paid $5.99 to rent the video "PS2-Quake 3 Revolution." Then he automatically re-rented that video by keeping it beyond its original due date. Although Plaintiff paid $5.99 for the second rental, however, Blockbuster did not credit his Blockbuster Rewards account for the second paid rental. (Exhibit 4.)

24.     But if Plaintiff had traveled to his local Blockbuster store on the video's original due date, and re-rented the video in the store by paying the same amount of money he

paid to re-rent it automatically ($5.99), Blockbuster would have counted that second rental as a paid rental on his Blockbuster Rewards account.

25.     Similarly, on May 21, 2001, Plaintiff paid $3.99 each to rent three videos, "What Women Want," "Best in Show," and "Sunshine-Double Cassette." Then, as Blockbuster's policy provides, he automatically re-rented those videos by keeping them beyond their original due dates. Although he paid $3.99 for each of the additional rentals, Blockbuster did not credit Plaintiff's account for the second set of paid rentals. (Exhibit 4.)

26.     Because it did not count each of his May 2001 paid rentals as paid rentals on his Blockbuster Rewards account—as Blockbuster promised under the Blockbuster Rewards program—Blockbuster breached its contractual obligations to Plaintiff, and deprived him of at least one free rental he would have used in May or June 2001.

27.     As his payment history shows, Blockbuster similarly failed to count at least 28 other paid rentals as paid rentals on Plaintiff's Blockbuster Rewards membership account. (Exhibit 4.)

28.     This case is not limited to Blockbuster's breaches of its contract with Plaintiff, however, because Blockbuster routinely and systematically breached the same contractual obligations owed to the other members of the Blockbuster Rewards program by failing to count all of their paid rentals as paid rentals on their Blockbuster Rewards accounts.

29.     The Blockbuster Rewards program unambiguously requires Blockbuster to count every paid rentals as a paid rental, and expressly provides that every paid rental counts toward the five required to earn a free rental.

---

[2]     Although he became a Blockbuster member in 1996, and a Blockbuster Rewards member in 1998, Blockbuster provided Plaintiff only a partial rental history dating back to July 9, 2000.

30.     Therefore, when a Blockbuster Rewards member chooses to re-rent a video by keeping it past its original due date, as Blockbuster allows, and (like Plaintiff) pays the same fee for that second rental as he paid for the first, the Blockbuster Rewards program requires Blockbuster to credit the member's Blockbuster Rewards account with the second paid rental, because it is both "paid" and a "rental."

31.     Nevertheless, Blockbuster systematically treats these paid rentals as something less than "paid rentals," and fails to count them on members' Blockbuster Rewards accounts.

32.     Because it maintains detailed, computerized records of every rental, Blockbuster knows how many times it breached its contracts with Plaintiff and the other Blockbuster Rewards members.

33.     Blockbuster changed some of its brochures describing the Blockbuster Rewards program near the end of the 2001 calendar year, and added the phrase "extended viewing fees" to an existing sentence in a paragraph describing how a member may use his "Earned Free Rentals": "Earned free rental credits may not be used for payment of extended viewing fees and extended viewing fees do not count toward earned free rentals" (emphasis added). (A copy of the new Blockbuster Rewards brochure is attached hereto as Exhibit 5.)

34.     Blockbuster apparently intends to use the term "extended viewing fee" to describe the price a Blockbuster customer pays for re-renting a video by keeping it past its original due date as Blockbuster allows – but Blockbuster also uses the same term to denote "late fees" that are incurred by members who return videos past the due date. Nonetheless, the price and duration for either rental periods are the same for both rentals. For example, if the customer pays $3.99 to rent a video for a 3-day rental period, he can keep the video for a

second 3-day rental period so long as he pays to re-rent the video the same $3.99 (which fee

Blockbuster now labels an "extended viewing fee").

35.     Although Blockbuster purportedly retains the right to "change" the

Blockbuster Rewards program "rules, regulations, rewards and special offers at any time

without prior notice," this late-2001 change does not apply retroactively to undermine the

rights and privileges Blockbuster already owed and failed to provide the Blockbuster Rewards

members.  Therefore, even if Blockbuster's new wording modifies the rules for the future—

and it is not clear that it does—the change has no effect on most of the claims at issue in this

case.

## CLASS ALLEGATIONS

36.     Pursuant to 735 ILCS 5/2-801, Plaintiff brings this action on behalf of the

following class of persons (the "Class"):

> All current and former members of the Blockbuster Rewards
> program who, while members of the program, paid for video
> rentals Blockbuster did not count as paid rentals on their
> Blockbuster Rewards membership account.

37.     A class action is proper in that:

(a)     The Class consists of thousands of persons residing throughout Illinois
and other States and, thus, is so numerous that joinder of all members is
impracticable;

(b)     There are questions of fact or law common to the Class that
predominate over questions affecting only individual Class members,
including whether Blockbuster breached contractual obligations owed
under the Blockbuster Rewards program, whether Plaintiff and the
other members of the Class were damaged by Blockbuster's breach,
and, if so, how should they be compensated;

(c)     Plaintiff will fairly and adequately protect the interests of the Class.  He
does not have any interests adverse to the other Class members.  He has
retained counsel to represent him in this action who are experienced in
class action litigation; and

    (d)     A class action is an appropriate method for the fair and efficient resolution of this controversy.

## COUNT I – BREACH OF CONTRACT

38.     Plaintiff repeats and re-alleges the preceding paragraphs as if alleged herein.

39.     Plaintiff and the other Class members entered into valid and enforceable contracts with Blockbuster for memberships in the Blockbuster Rewards program. The terms of these contracts are substantively identical as they are governed by and were supplied by the Blockbuster Rewards brochures Blockbuster distributed nationwide.

40.     Plaintiff and the other Class members performed all of the contractual obligations they owed to Blockbuster under the Blockbuster Rewards program, and they have otherwise complied with the program's terms and conditions.

41.     Blockbuster breached its contracts with Plaintiff and the other Class members by failing to count all of their paid rentals as paid rentals on their Blockbuster Rewards accounts.

42.     Blockbuster's breaches of contract damaged Plaintiff and the other Class members, because the Class was deprived of free rentals and paid to rent videos when those rentals should have been free.

WHEREFORE, plaintiff GREGORY K. KELLERMAN, individually and as the representative of a class of similarly-situated persons, prays for judgment in his favor and against defendant BLOCKBUSTER, INC. as follows:

    (1)     That the Court find this case may be properly maintained as a class action, that the Court appoint Gregory K. Kellerman as the class representative, and that the Court appoint The Lakin Law Firm, P.C., Freed & Weiss, LLC and Macey Chern & Diab as class counsel;

(2)     That the Court award damages to Gregory K. Kellerman and the other members of the class; and

(3)     That the Court award such other and further relief as the Court may deem just and appropriate.

Dated:  April 24, 2002.

Respectfully submitted,

**GREGORY K. KELLERMAN,**
**Class Plaintiff,**

By: _____
        One of Her Attorneys

| | |
|---|---|
| Paul M. Weiss | L. Thomas Lakin |
| Tod A. Lewis | Bradley M. Lakin |
| **FREED & WEISS LLC** | Jeffrey A. J. Millar |
| 111 West Washington Street | **THE LAKIN LAW FIRM, P.C.** |
| Suite 1331 | 301 Evans Avenue |
| Chicago, Illinois 60602 | P.O. Box 27 |
| Ph: 312.220.0000 | Wood River, IL 62095-1127 |
| | Ph: 618.254.1127 |

Malik R. Diab
Thomas G. Macey
**MACEY CHERN & DIAB**
444 N. Wells Street, Suite 301
Chicago, IL 60610
Ph: 312.467.0004

**Attorneys for Plaintiff**
**and Proposed Class**



**EXHIBIT**

1

# Three Ways To Get
# FREE Rentals All Year Long!



### Get One FREE BLOCKBUSTER Favorites™ Rental Each Month For A Year.

With BLOCKBUSTER Rewards℠, FREE rentals start right away. You'll get one FREE BLOCKBUSTER Favorites rental per month for an entire year – 12 in all – just for joining. These alone are worth more than the price of your membership!

You may redeem your first FREE BLOCKBUSTER Favorites rental when you join. The rest of your monthly FREE BLOCKBUSTER Favorites Rental Coupons will be mailed to you, together with news of special member offers, upcoming New Releases and more



### Rent Five, Get One FREE Every Month.

As a BLOCKBUSTER Rewards member, you'll also get one FREE rental after five paid rentals of any movies and/or games during each calendar month, up to two FREE rentals per month. Choose any title in the store, including New Releases, BLOCKBUSTER Favorites and Games, for your FREE rentals.





## Get FREE BLOCKBUSTER Favorites™ Every Monday Through Wednesday.

Your membership also entitles you to one FREE BLOCKBUSTER Favorites rental with each paid movie or game rental every Monday through Wednesday. The only limit to the number of FREE BLOCKBUSTER Favorites rentals you can get is how many paid rentals you choose

### Automatic Tracking – No Punch Cards.

We'll keep track of your monthly rentals and let you know when you've earned a FREE rental. Use your FREE rental immediately or anytime by the end of the next calendar month. Check your receipt to see how close you are to your next FREE rental, and when the FREE rentals you've already earned will expire.

### It's Easy To Get Started.

Just pay the annual fee at the check-out counter and you'll receive two BLOCKBUSTER Rewards™ Membership Cards, plus two Keyring Cards to replace your current membership cards.

Simply use one of these cards to begin earning FREE rentals. Be sure to give the extra cards to household members authorized to rent on your account — their paid rentals help your FREE rentals add up even faster. If any household members are not already on your account, just stop by any participating BLOCKBUSTER® store and we'll add them for you

We know you'll enjoy all of the exciting benefits BLOCKBUSTER Rewards has to offer, all year round

# Questions & Answers

Q.  What are BLOCKBUSTER Favorites™?
A.  BLOCKBUSTER Favorites are all non-New Releases and
    cover all categories — action, comedy, family, drama,
    foreign, independent and more.

Q.  Will I have to rent all of my videos at the BLOCKBUSTER®
    store where I joined?
A.  No, your membership entitles you to enjoy all of your
    member benefits at all participating BLOCKBUSTER stores.

Q   I understand I will receive my first FREE
    BLOCKBUSTER Favorites Rental when I join,
    but when will I receive my next one?
A   You'll receive your next FREE BLOCKBUSTER Favorites
    Rental Coupon during the last week of the month after
    the month you join. For example, if you join
    BLOCKBUSTER Rewards™ in June (whether it's
    the 1st or 30th), you'll receive your second FREE
    BLOCKBUSTER Favorites Rental Coupon during the
    last week of July, good for the month of August

Q.  What if I have more questions?
A.  As a BLOCKBUSTER Rewards member, you'll have access
    to an exclusive toll-free line for membership information,
    which is included in your member kit when you join.



Three Ways To Get
**FREE** Rentals
All Year Long!

**1** Get One FREE
BLOCKBUSTER Favorites
Rental Each Month
For A Year.

**2** Rent Five, Get One FREE
Every Month.

**3** Get FREE BLOCKBUSTER
Favorites Every Monday
Through Wednesday.

Get All Of These Benefits For The
Low Annual Fee Of Just $9.95*

Start Earning FREE Rentals Today! See Details Inside.

## Terms and Conditions

Membership in BLOCKBUSTER Rewards™ is valid for one (1) year from the date of purchase and is not transferable. Actual membership may vary from store to store.

**BLOCKBUSTER Favorites™:**

Each month's BLOCKBUSTER Favorites Rental Coupon is valid only during the month indicated on the coupon. BLOCKBUSTER Favorites are movie titles labeled as such in stores, and are determined by BLOCKBUSTER at its sole discretion.

An integral part of your BLOCKBUSTER Rewards membership is the free coupons and other exclusive offers. Our way of providing you with such offers is through the mail. Therefore, when you join BLOCKBUSTER Rewards, you overrule any election you may have previously made to opt out of receiving regular communications from BLOCKBUSTER.

BLOCKBUSTER is not responsible for coupons lost in the mail. Coupons are not transferable and have no cash value. Other restrictions apply. See your BLOCKBUSTER Favorites Rental Coupons for details.

**Monthly Rental Activity:**

Paid rentals that contribute toward earning free rentals may not be transferred or combined with another account. Rentals paid for during a calendar month may not be applied to the following month's earning period. On memberships purchased mid-month, you have the remainder of the current month plus all of the following month for your first earning period.

**Earned Free Rentals:**

Free rentals earned during any month are valid at any participating BLOCKBUSTER store until the end of the following month. Members are responsible for any extended viewing fees and taxes associated with a free rental. Earned free rental credits may not be used for payment of extended viewing fees and do not count toward earned free rentals.

**Program Changes and Availability:**

BLOCKBUSTER may change the BLOCKBUSTER Rewards program rules, regulations, rewards and special offers at any time without prior notice. BLOCKBUSTER reserves the right to end the BLOCKBUSTER Rewards program with three (3) months' prior notice.

BLOCKBUSTER Rewards is available only at participating BLOCKBUSTER store locations; however, certain promotions may be unavailable at some locations. Void where prohibited by law.

BLOCKBUSTER name, design and related marks are trademarks of Blockbuster Inc. ©1999 Blockbuster Inc. All rights reserved.

BB 15102 4/99



**BLOCKBUSTER**
**REWARDS**

W A Y S

T O   G E T

# free
# rentals

A L L

Y E A R

L O N G !

FOR JUST $9.95*
*See inside for details.*

*Annual fee may vary by location*

EXHIBIT

2

tabbies





# 2 plus...
## GET A
# free

**FAVORITES**™

## RENTAL EVERY MONTH!

- One per month for a year — 12 in all — just for joining
- **This benefit alone is worth more than the price of the membership**
- Get your first FREE BLOCKBUSTER Favorites rental when you join
- Receive even more by mail...with news of special offers and upcoming releases

## Automatic Tracking —
### NO PUNCH CARDS!

REWARDS

*We'll keep track of your monthly rentals and tell you when you've earned a FREE one. Use your FREE rental immediately or anytime by the end of the next calendar month. Check your receipt to see how close you are to your next FREE rental, and when existing FREE rentals will expire.*





A B O U T



**Q:** What are BLOCKBUSTER Favorites™?

**A:** BLOCKBUSTER Favorites are all non-New Releases, covering all categories — action, comedy, family, drama, foreign, independent and more.

**Q:** Will I have to rent all of my videos at the BLOCKBUSTER® store where I joined?

**A:** No, your membership entitles you to enjoy all of your member benefits at all participating BLOCKBUSTER stores.

**Q:** I understand I will receive my first FREE BLOCKBUSTER Favorites Rental when I join, but when will I receive my next one?

**A:** You'll receive your next FREE BLOCKBUSTER Favorites Rental Coupon during the last week of the month after the month you joined. For example, if you join BLOCKBUSTER Rewards™ in June, (whether it's the 1st or 30th), you'll receive your second FREE BLOCKBUSTER Favorites Rental Coupon during the last week of July, good for the month of August.

**Q:** What if I have more questions?

**A:** As a BLOCKBUSTER Rewards member, you'll have access to an exclusive, toll-free line for membership information which is included in your Member Kit when you join.



# REWARDS

## TERMS AND CONDITIONS

Membership in BLOCKBUSTER Rewards™ is valid for one (1) year from the date of purchase and is not transferable.  Actual membership may vary from store to store.

### BLOCKBUSTER Favorites™

Each month's BLOCKBUSTER Favorites Rental Coupon is valid only during the dates indicated on the coupon. BLOCKBUSTER Favorites are movie titles labeled as such in stores, and are determined by BLOCKBUSTER at its sole discretion.

An integral part of your BLOCKBUSTER Rewards membership is the free coupons and other exclusive offers. Our way of providing you with such offers is through the mail. Therefore, when you join BLOCKBUSTER Rewards, you override any election you may have previously made to opt out of receiving regular communications from BLOCKBUSTER.

BLOCKBUSTER is not responsible for coupons lost in the mail. Coupons are not transferable and have no cash value. Other restrictions apply. See your BLOCKBUSTER Favorites Rental Coupons for details.

### Monthly Rental Activity

Paid rentals that contribute toward earning free rentals may not be transferred or combined with another account. Rentals paid for during a calendar month may not be applied to the following month's earning period. On memberships purchased midmonth, you have the remainder of the current month plus all of the following month for your first earning period.

### Earned Free Rentals

Free rentals earned during any month are valid at any participating BLOCKBUSTER store until the end of the following month. Members are responsible for any extended viewing fees and taxes associated with a free rental. Earned free rental credits may not be used for payment of extended viewing fees and do not count toward earned free rentals.

### Program Changes and Availability

BLOCKBUSTER may change the BLOCKBUSTER Rewards program rules, regulations, and special offers at any time without prior notice. BLOCKBUSTER reserves the right to end the BLOCKBUSTER Rewards program with three (3) month's prior notice.

See participating stores for details. BLOCKBUSTER Rewards is available at participating BLOCKBUSTER store locations, however, certain promotions may be unavailable at some locations. Requires payment of $9.95 annual fee; however, annual fee may vary by location. Void where prohibited by law.

BLOCKBUSTER name, design and related marks are trademarks of BLOCKBUSTER Inc. ©1999 BLOCKBUSTER Inc. All rights reserved.                                                        BBR 08/99



  View Shopping Cart      Register Now      Log In        Registration Benefits ▾  Go

Mar 9, 2001



BLOCKBUSTER REWARDS
FAQs

 **BLOCKBUSTER Rewards™**



**save time**

Online Rental currently available in Austin, TX and Denver, CO.

**Click Here to calculate your FREE Rentals with BLOCKBUSTER Rewards!**

BLOCKBUSTER Rewards™ is a frequency program designed to give you three great ways to earn FREE rentals:

## Rent 5, GET 1 FREE every month!

Get 1 FREE rental after five paid rentals of any movies, and/or games during each calendar month - up to two FREE rentals per month! Choose from any of our titles for your FREE rentals, including New Releases, Games and BLOCKBUSTER Favorites™.

## Get a FREE BLOCKBUSTER Favorites™ rental every month!

You get a FREE BLOCKBUSTER Favorites rental every month for a year - 12 in all - just for joining! You'll get your first FREE BLOCKBUSTER Favorites rental when you join. Then, you'll receive a monthly mailing with news of special offers and upcoming releases!

## Get FREE BLOCKBUSTER Favorites™ rentals!
### *Monday through Wednesday*

Get one FREE BLOCKBUSTER Favorites rental with each paid movie or game rental every Monday through Wednesday all year long, including holidays!

**Automatic Tracking - No Punch Cards!**
We'll keep track of your monthly rentals and tell you when you've earned a FREE one. Use your FREE rental immediately or anytime by the end of the next calendar month. Check your receipt to see how close you are to your next FREE rental and when your existing FREE rentals will expire.

Simply pay the $9.95* annual fee at the checkout counter. There are no forms to fill out. You'll get two BLOCKBUSTER Rewards Membership Cards, plus two Keyring cards to replace your current membership cards. Give the extra cards to household members authorized to rent on your account - their paid rentals help you earn FREE rentals even faster!

If you're already a **blockbuster.com** online member, please login here. If you're not an online member, join now for free benefits.

If you're not a BLOCKBUSTER Rewards member, what are you waiting for? Ju... nearest BLOCKBUSTER® store location to join today! Use our Store Locator t... nearest BLOCKBUSTER store.

**EXHIBIT**

3

BLOCKBUSTER Rewards Non-Member                                      Page 2 of 2



Terms and Conditions

*Annual fee may vary by location

Home • Movies • Games • Soundtracks • Rent Online • Filmmaker Award
Gift Center • Store Locator • In Stores Now • About Us • Careers • Contact Us • Help • Site Map

BLOCKBUSTER name, design and related marks are trademarks of Blockbuster Inc
© 2001 Blockbuster Inc  All rights reserved  Privacy Protection • Terms & Conditions

BLOCKBUSTER Rewards Non-Member Frequently Asked Questions

Page 1 of 2



View Shopping Cart    Register Now    Log In

Registration Benefits | Go

Mar 9, 2001



SEARCH

Go

PowerSearch

BLOCKBUSTER REWARDS

FAQs



Online Rental currently available in Austin, TX and Denver, CO.



Click Here to calculate your FREE Rentals with BLOCKBUSTER Rewards!





**BLOCKBUSTER Rewards™**

**FAQs**

Here you'll find answers to questions commonly asked about BLOCKBUSTER Rewards.™

**Q:** Do I need to be a regular member of BLOCKBUSTER® in order to join BLOCKBUSTER Rewards?
**A:** Yes. Once you have completed your membership application for becoming a BLOCKBUSTER member, you may immediately join BLOCKBUSTER Rewards.

**Q:** Will my BLOCKBUSTER Rewards cards replace my regular BLOCKBUSTER membership cards?
**A:** Yes. When you join BLOCKBUSTER Rewards, you can discard your old BLOCKBUSTER membership cards and start using only your BLOCKBUSTER Rewards cards.

**Q:** How does BLOCKBUSTER Rewards work?
**A:** To find out more about BLOCKBUSTER Rewards, you can click here or visit your local participating BLOCKBUSTER store.

**Q:** 4. I understand I will receive my first FREE BLOCKBUSTER Favorites™Rental when I join; but when will I receive my next one?
**A:** You will receive your next FREE BLOCKBUSTER Favorites Rental Coupon during the last week of the month after the month you join and will be valid for 60 days. For example, if you join BLOCKBUSTER Rewards in June, (whether it's the 1st or 30th), you'll receive your second FREE BLOCKBUSTER Favorites Rental Coupon during the last week of July. This coupon is good until the end of September.

**Q:** How will I know when I have earned a FREE rental?
**A:** We keep track of your monthly rentals automatically - no punch cards - and tell you when you've earned a FREE one. If you request a receipt at check-out, it will detail how close you are to your next FREE rental and when existing FREE rentals will expire.

**Q:** When do my earned FREE rentals expire (Rent-5-Get-1-Free)?
**A:** The FREE rental you earn after 5 paid rentals (up to 2 FREE rentals per month) expires at the end of the following month. For example, if you rent your 5th tape on October 20, the FREE rental expires on November 30. The FREE rentals are stored on your account until you are ready to use them. In addition, the number of FREE rentals you have earned prints out on your store receipt for your convenience.

**Q:** How can I be sure that my address information is current so I will receive my monthly mailings?
**A:** During your visit to your local BLOCKBUSTER store, please have the Customer Service Representative verify that your address information is correct. If your address information was not current, please call BLOCKBUSTER Rewards toll-free at 1-800-406-6843 to update your address, and request a copy of our current monthly mailing.

**Q:** Is my BLOCKBUSTER Rewards membership good at all BLOCKBUSTER store locations?

BLOCKBUSTER Rewards Non-Member Frequently Asked Questions                              Page 2 of 2

**A:** BLOCKBUSTER Rewards is available at participating stores throughout the United
States, Puerto Rico, the U.S. Virgin Islands and Guam. To find the store nearest you,
click here check out our Store Locator.

**Q: What are BLOCKBUSTER Favorites?**
**A:** BLOCKBUSTER Favorites are all non-New Releases and cover all categories - action,
comedy, family, drama, foreign, independent and more.

**Q: Can I use my monthly FREE BLOCKBUSTER Favorites coupon on video games?**
**A:** The FREE BLOCKBUSTER Favorites movie rental coupon can only be redeemed for
BLOCKBUSTER Favorites video tape rentals.

BACK TO TOP

---

Terms and Conditions

BLOCKBUSTER Rewards is available only at participating BLOCKBUSTER store locations, however, certain promotions may
unavailable at some locations  Requires payment of $9.95 annual fee, however, annual fee may vary by location  See
participating stores for details  Void where prohibited by law  BLOCKBUSTER name, design and related marks are trademar
of Blockbuster, Inc  © 1999 Blockbuster Inc  All rights reserved

Home • Movies • Games • Soundtracks • Rent Online • Filmmaker Award
Gift Center • Store Locator • In Stores Now • About Us • Careers • Contact Us • Help • Site Map

BLOCKBUSTER name, design and related marks are trademarks of Blockbuster Inc
© 2001 Blockbuster Inc  All rights reserved  Privacy Protection • Terms & Conditions

Rental Transactions

# Blockbuster Customer Database
## RentalTransactions
### KELLERMAN, GREG K

Account ID:   21700901424    Home Phone:        Total Revenue:   $1,793.55    Extended Revenue:   $210.17

Page 1 of 7

**EXHIBIT 4**

| Date | Time | Store | Transaction Type | Usage Code | Format Code | Activity | Part ID | Part Description | Revenue Amount |
|---|---|---|---|---|---|---|---|---|---|
| 11/11/01 | 13:46:16 | 29211 | RENTAL | R | V | 1 | 824964 | DVD-ANIMAL, THE-SPECIAL EDITION | $3.99 |
| 11/11/01 | 13:46:14 | 29211 | RENTAL | R | V | 1 | 826625 | DVD-LEGALLY BLONDE-SPECIAL EDITION | $3.99 |
| 11/11/01 | 13:46:12 | 29211 | RENTAL | R | V | 1 | 825173 | DVD-SWORDFISH | $3.99 |
| 11/6/01 | 18:21:07 | 17009 | RENTAL | R | W | 1 | 824779 | DVD-FINAL FANTASY, THE SPIRITS WITHIN-SPECIAL ED | $3.99 |
| 11/6/01 | 18:21:06 | 17009 | RENTAL | R | W | 1 | 826065 | DVD-DR. DOLITTLE 2-SPECIAL EDITION | $3.99 |
| 10/20/01 | 20:39:17 | 17009 | RENTAL | R | W | 1 | 824988 | DVD-ANGEL EYES-2001-JENNIFER LOPEZ | $3.99 |
| 10/20/01 | 20:39:13 | 17009 | RENTAL | R | W | 1 | 824979 | DVD-TOWN & COUNTRY | $3.99 |
| 10/16/01 | 10:40:03 | 17009 | EXTENDED REV | R | W | 0 | 825011 | DVD-MUMMY RETURNS, THE-COLLECTOR'S EDITION-FF | $3.99 |
| 10/13/01 | 19:50:43 | 17009 | RENTAL | R | S | 1 | 802354 | PLAY-TOY STORY 2 | $4.99 |
| 10/13/01 | 19:50:41 | 17009 | RENTAL | R | W | 1 | 825011 | DVD-MUMMY RETURNS, THE-COLLECTOR'S EDITION-FF | $3.99 |
| 10/13/01 | 19:50:39 | 17009 | RENTAL | R | W | 1 | 820975 | DVD-VERTICAL LIMIT-SPECIAL EDITION | $3.99 |
| 10/10/01 | 20:16:53 | 17009 | RENTAL | R | W | 1 | 824807 | DVD-HEARTBREAKERS-2001-SIGOURNEY WEAVER-SPECIAL | $3.99 |
| 10/10/01 | 20:10:47 | 17009 | RENTAL | R | W | 1 | 824721 | DVD-BRIDGET JONES'S DIARY | $3.99 |
| 9/30/01 | 16:04:02 | 17009 | RENTAL | R | V | 1 | 823979 | KNIGHT'S TALE, A | $3.99 |
| 9/30/01 | 16:03:54 | 17009 | RENTAL RETURN | R | V | -1 | 823979 | KNIGHT'S TALE, A | ($3.99) |
| 9/29/01 | 18:49:12 | 17009 | RENTAL | R | V | -1 | 823987 | TAILOR OF PANAMA, THE | $3.99 |
| 9/29/01 | 18:49:10 | 17009 | RENTAL RETURN | R | V | -1 | 822528 | CITY ON FIRE-1987-CHOW YUN FAT-DUBBED | ($3.99) |
| 9/29/01 | 18:16:47 | 17009 | RENTAL | R | V | 1 | 823908 | ALONG CAME A SPIDER | $3.99 |
| 9/29/01 | 18:16:45 | 17009 | RENTAL | R | V | 1 | 822528 | CITY ON FIRE-1987-CHOW YUN FAT-DUBBED | $3.99 |
| 9/29/01 | 18:16:44 | 17009 | RENTAL | R | V | 1 | 823979 | KNIGHT'S TALE, A | $3.99 |
| 9/29/01 | 18:16:35 | 17009 | EXTENDED REV | R | N | 0 | 823673 | PS2-ARMORED CORE 2: ANOTHER AGE | $5.99 |
| 9/24/01 | 19:27:40 | 17009 | EXTENDED REV | R | N | 0 | 823915 | SPY KIDS-CLAMSHELL | $5.99 |
| 9/21/01 | 14:57:41 | 17009 | RENTAL | R | N | 1 | 823673 | PS2-ARMORED CORE 2: ANOTHER AGE | $5.99 |
| 9/21/01 | 14:56:42 | 17009 | RENTAL | R | V | 1 | 823915 | SPY KIDS-CLAMSHELL | $3.99 |
| 9/21/01 | 14:56:41 | 17009 | RENTAL | R | V | 1 | 823758 | LITTLE RASCALS, THE-CABIN FEVER-VOL. 14 | $2.99 |
| 9/22/01 | 14:56:40 | 17009 | RENTAL | R | V | 1 | 630673 | MAN IN THE IRON MASK, THE-1998-LEONARDO DICAPRIO | $2.99 |
| 9/20/01 | 20:21:44 | 17009 | EXTENDED REV | R | O | 0 | 824028 | BLOW | $3.99 |
| 9/18/01 | 17:04:15 | 17009 | RENTAL | R | V | 1 | 824028 | BLOW | $3.99 |

# Rental Transactions

| Date | Time | Store | Type | | V | N | ID | Title | Price |
|---|---|---|---|---|---|---|---|---|---|
| 9/18/01 | 17:04:14 | 17009 | RENTAL | R | v | 1 | 821631 | O BROTHER, WHERE ART THOU? | $3.99 |
| 9/15/01 | 19:09:18 | 17009 | RENTAL | R | v | 1 | 823707 | EXIT WOUNDS | $3.99 |
| 9/15/01 | 19:09:14 | 17009 | RENTAL | R | v | 1 | 823413 | HANNIBAL | $3.99 |
| 9/15/01 | 19:09:13 | 17009 | RENTAL | R | v | 1 | 823405 | JOE DIRT | $3.99 |
| 9/8/01 | 15:51:52 | 17009 | RENTAL | R | S | 1 | 655656 | PLAY-RAMPAGE 2 UNIVERSAL TOUR | $4.99 |
| 9/6/01 | 19:53:07 | 17009 | RENTAL | R | v | 1 | 824095 | DISH, THE | $3.99 |
| 9/6/01 | 19:52:50 | 17009 | RENTAL | R | v | 1 | 824021 | MEMENTO | $3.99 |
| 9/6/01 | 19:52:38 | 17009 | RENTAL | R | v | 1 | 823345 | SISTER MARY EXPLAINS IT ALL | $3.99 |
| 8/27/01 | 19:56:26 | 17009 | EXTENDED REV | R | w | 0 | 823370 | 3000 MILES TO GRACELAND | $7.98 |
| 8/23/01 | 19:33:02 | 17009 | RENTAL | R | v | 1 | 823370 | 3000 MILES TO GRACELAND | $3.99 |
| 8/23/01 | 19:33:00 | 17009 | RENTAL | R | v | 1 | 822557 | FAMILY MAN, THE | $3.99 |
| 8/23/01 | 19:33:58 | 17009 | RENTAL | R | v | 1 | 822482 | BROTHERS, THE | $3.99 |
| 8/15/01 | 19:26:14 | 17009 | RENTAL | R | v | 1 | 823381 | 15 MINUTES | $3.99 |
| 8/15/01 | 19:26:11 | 17009 | RENTAL | R | v | 1 | 823231 | CHOCOLAT-2000-JULIETTE BINOCHE | $3.99 |
| 8/15/01 | 19:26:15 | 17009 | RENTAL | R | v | 1 | 823428 | ENEMY AT THE GATES | $3.99 |
| 8/7/01 | 21:08:38 | 17009 | RENTAL | R | v | 1 | 50570 | APOCALYPSE NOW (LETTERBOX) | $2.99 |
| 8/7/01 | 21:08:34 | 17009 | RENTAL | R | v | 1 | 823351 | MEXICAN, THE | $3.99 |
| 8/5/01 | 18:24:29 | 17009 | RENTAL | R | v | 1 | 817635 | SWEET NOVEMBER | $3.99 |
| 8/4/01 | 17:37:36 | 17009 | EXTENDED REV | R | v | 0 | 820350 | ED GEIN | $3.99 |
| 8/4/01 | 17:37:35 | 17009 | RENTAL | R | v | 1 | 820350 | ED GEIN | $3.99 |
| 8/1/01 | 17:37:34 | 17009 | EXTENDED REV | R | v | 0 | 822358 | GIFT, THE-2000-CATE BLANCHETT | $3.99 |
| 8/1/01 | 20:23:16 | 17009 | RENTAL | R | v | 1 | 822358 | GIFT, THE-2000-CATE BLANCHETT | $3.99 |
| 8/1/01 | 20:23:15 | 17009 | EXTENDED REV | R | v | 0 | 822549 | POLLOCK | $3.99 |
| 8/1/01 | 20:22:11 | 17009 | RENTAL | R | v | 1 | 822549 | POLLOCK | $3.99 |
| 7/22/01 | 14:09:00 | 17009 | RENTAL | R | v | 1 | 716611 | NIGHTMARE BEFORE CHRISTMAS, THE | $2.99 |
| 7/22/01 | 14:08:58 | 17009 | RENTAL | R | v | 1 | 821389 | PAY IT FORWARD | $3.99 |
| 6/30/01 | 18:06:56 | 17009 | RENTAL | R | v | 1 | 819203 | SUNSHINE-DOUBLE CASSETTE | $3.99 |
| 6/30/01 | 18:06:56 | 17009 | RENTAL | R | v | 1 | 822089 | STATE AND MAIN | $3.99 |
| 6/30/01 | 18:06:53 | 17009 | RENTAL | R | v | 1 | 822087 | PLEDGE, THE | $3.99 |
| 6/30/01 | 18:00:55 | 17009 | RENTAL | R | v | 1 | 822082 | DVD-CAST AWAY-2000-TOM HANKS-DO1 BL1 DISC | $3.99 |
| 6/26/01 | 16:51:53 | 17009 | RENTAL | R | v | 1 | 821634 | SAVE THE LAST DANCE | $3.99 |
| 6/26/01 | 16:51:52 | 17009 | EXTENDED REV | R | S | 0 | 612084 | PLAY-BLOODY ROAR | $4.99 |
| 6/26/01 | 16:51:52 | 17009 | RENTAL | R | S | 1 | 612084 | PLAY-BLOODY ROAR | $4.99 |
| 6/26/01 | 16:51:52 | 17009 | RENTAL | R | v | 1 | 816441 | SCARY MOVIE-2000-MARLON WAYANS | $3.99 |
| 6/20/01 | 15:45:59 | 17009 | RENTAL | R | v | 1 | 822091 | PROOF OF LIFE | $3.99 |
| 6/13/01 | 13:22:05 | 17009 | RENTAL | R | v | 1 | 820960 | KEPT | $3.99 |
| 6/13/01 | 13:22:03 | 17009 | RENTAL | R | v | 1 | 821211 | BEFORE NIGHT FALLS | $3.99 |

Rental Transactions

| Date | Time | Store | Type | R | Code | Qty | Item | Title | Price |
|---|---|---|---|---|---|---|---|---|---|
| 6/13/01 | 13:22:01 | 17009 | RENTAL | R | I | 1 | 820922 | ANTITRUST | $3.99 |
| 6/13/01 | 13:22:00 | 17009 | RENTAL | R | I | 1 | 821631 | O BROTHER, WHERE ART THOU ? | $3.99 |
| 5/24/01 | 12:15:03 | 17009 | EXTENDED REV | R | V | 0 | 819203 | SUNSHINE-DOUBLE CASSETTE | $3.99 |
| 5/24/01 | 21:27:49 | 17009 | EXTENDED REV | R | V | 0 | 820662 | WHAT WOMEN WANT | $3.99 |
| 5/23/01 | 21:25:37 | 17009 | EXTENDED REV | R | I | 0 | 821397 | BEST IN SHOW | $3.99 |
| 5/21/01 | 17:55:58 | 17009 | RENTAL | R | I | 1 | 819203 | SUNSHINE-DOUBLE CASSETTE | $3.99 |
| 5/21/01 | 17:55:56 | 17009 | RENTAL | R | I | 1 | 821397 | BEST IN SHOW | $3.99 |
| 5/21/01 | 17:55:55 | 17009 | RENTAL | R | I | 1 | 820662 | WHAT WOMEN WANT | $3.99 |
| 5/14/01 | 17:10:59 | 17009 | EXTENDED REV | R | N | 0 | 818987 | PS2-QUAKE 3 REVOLUTION | $5.99 |
| 5/5/01 | 20:28:19 | 17009 | RENTAL | R | N | 1 | 818987 | PS2-QUAKE 3 REVOLUTION | $5.99 |
| 5/5/01 | 20:28:17 | 17009 | RENTAL RETURN | R | S | -1 | 811688 | DCAST-QUAKE III ARENA | ($4.99) |
| 5/5/01 | 19:41:34 | 17009 | RENTAL | R | I | 1 | 811688 | DCAST-QUAKE III ARENA | $4.99 |
| 5/1/01 | 19:41:33 | 17009 | RENTAL | R | I | 1 | 816076 | LEFT BEHIND: THE MOVIE | $3.99 |
| 5/1/01 | 19:41:33 | 17009 | RENTAL | R | V | 1 | 819929 | BOUNCE | $3.99 |
| 5/1/01 | 17:42:33 | 17009 | RENTAL | R | V | 1 | 819929 | BOUNCE | $3.99 |
| 5/5/01 | 17:42:33 | 17009 | RENTAL | R | V | 1 | 821173 | MISS CONGENIALITY | $3.99 |
| 5/5/01 | 17:42:31 | 17009 | RENTAL | R | V | 1 | 819801 | MEN OF HONOR | $3.99 |
| 4/20/01 | 17:42:29 | 17009 | RENTAL | R | V | 1 | 819801 | MEN OF HONOR | $3.99 |
| 4/20/01 | 14:42:08 | 17009 | RENTAL | R | V | 1 | 820047 | BILLY ELLIOT | $3.99 |
| 4/18/01 | 21:04:45 | 17009 | EXTENDED REV | R | W | 0 | 820522 | DVD-SPACE COWBOYS | $3.99 |
| 4/13/01 | 16:50:14 | 17009 | RENTAL | R | S | 0 | 820294 | FINDING FORRESTER | $4.99 |
| 4/13/01 | 16:50:13 | 17009 | RENTAL | R | V | 1 | 811688 | FINDING FORRESTER | $4.99 |
| 4/6/01 | 15:50:22 | 17009 | RENTAL | R | V | 1 | 655055 | PLAY-GEX 3: DEEP COVER GECKO | $4.99 |
| 4/6/01 | 15:50:14 | 17009 | RENTAL | R | V | 1 | 655055 | PLAY-GEX 3: DEEP COVER GECKO | $4.99 |
| 3/31/01 | 11:53:28 | 17009 | RENTAL | R | Y | 1 | 819832 | 102 DALMATIANS-CLAMSHELL | $3.99 |
| 3/31/01 | 11:53:26 | 17009 | RENTAL | R | V | 1 | 819313 | 6TH DAY, THE | $3.99 |
| 3/31/01 | 11:53:21 | 17009 | RENTAL | R | W | 1 | 820051 | LEGEND OF BAGGER VANCE, THE | $3.99 |
| 3/31/01 | 11:53:20 | 17009 | RENTAL | R | V | 1 | 819194 | RUGRATS IN PARIS: THE MOVIE-CLAMSHELL | $3.99 |
| 3/29/01 | 16:09:51 | 17009 | RENTAL | R | V | 1 | 819194 | RUGRATS IN PARIS: THE MOVIE-CLAMSHELL | $3.99 |
| 3/29/01 | 16:09:50 | 17009 | RENTAL | R | W | 1 | 819271 | CREW, THE-2000-BURT REYNOLDS | $3.99 |
| 3/29/01 | 16:09:50 | 17009 | RENTAL | R | S | 1 | 800387 | PLAY-WARPATH: JURASSIC PARK | $4.99 |
| 3/26/01 | 16:09:49 | 17009 | RENTAL | R | V | 1 | 820051 | LEGEND OF BAGGER VANCE, THE | $3.99 |
| 3/23/01 | 19:04:39 | 17009 | RENTAL | R | S | 1 | 819316 | DVD-MEET THE PARENTS-COLLECTOR'S EDITION | $4.99 |
| 3/23/01 | 16:24:07 | 17009 | RENTAL | R | V | 1 | 819305 | CHARLIE'S ANGELS-2000-CAMERON DIAZ | $3.99 |
| 3/23/01 | 16:24:06 | 17009 | RENTAL | R | W | 1 | 819151 | RED PLANET | $3.99 |
| 3/22/01 | 16:24:04 | 17009 | RENTAL | R | V | 1 | 813772 | PLAY-TONY HAWK'S PRO SKATER 2 | $4.99 |
| 3/22/01 | 14:03:16 | 17009 | RENTAL | R | V | 1 | 815604 | CRUEL INTENTIONS 2 | $3.99 |
| 3/23/01 | 14:03:16 | 17009 | RENTAL | R | V | 1 | 814155 | DVD-GET CARTER-2000-SYLVESTER STALLONE | $3.99 |
| 3/22/01 | 14:03:16 | 17009 | RENTAL | R | V | 1 | 819199 | LUCKY NUMBERS | $3.99 |
| | | | | | | | 818537 | WATCHER, THE | $3.99 |
| | | | | | | | 819192 | REMEMBER THE TITANS | $3.99 |

| Date | Time | | Type | | | | ID | Title | Price |
|---|---|---|---|---|---|---|---|---|---|
| 3/22/01 | 14:03:13 | 7009 | RENTAL | R | V | 1 | 81772d | WONDER BOYS | $3.99 |
| 3/18/01 | 15:58:20 | 7009 | EXTENDED REV | R | | 0 | 818536 | CONTENDER, THE | $3.99 |
| 3/18/01 | 15:57:33 | 7009 | EXTENDED REV | R | | 0 | 818561 | BEDAZZLED-2000-BRENDAN FRASER | $3.99 |
| 3/18/01 | 15:54:56 | 7009 | EXTENDED REV | R | | 0 | 819329 | ALMOST FAMOUS | $3.99 |
| 3/16/01 | 17:05:08 | 7009 | RENTAL | R | V | 1 | 818536 | CONTENDER, THE | $3.99 |
| 3/16/01 | 17:05:04 | 7009 | RENTAL | R | V | 1 | 819329 | ALMOST FAMOUS | $3.99 |
| 3/16/01 | 17:05:02 | 7009 | RENTAL | R | V | 1 | 818561 | BEDAZZLED-2000-BRENDAN FRASER | $3.99 |
| 3/3/01 | 12:18:42 | 7009 | EXTENDED REV | R | N | 0 | 815754 | PS2-RAYMAN 2: REVOLUTION | $5.99 |
| 3/1/01 | 18:09:48 | 7009 | RENTAL | R | V | 1 | 819003 | LOST SOULS | $3.79 |
| 3/1/01 | 18:09:47 | 7009 | RENTAL | R | V | 1 | 81928 | NURSE BETTY | $3.79 |
| 3/1/01 | 18:09:42 | 7009 | RENTAL | R | V | 1 | 818537 | WATCHER, THE | $3.79 |
| 3/1/01 | 11:10:48 | 7009 | RENTAL | R | V | 1 | 818366 | BEAUTIFUL | $3.79 |
| 2/24/01 | 11:09:46 | 7009 | RENTAL | R | N | 1 | 815754 | PS2-RAYMAN 2: REVOLUTION | $5.99 |
| 2/24/01 | 11:09:45 | 7009 | RENTAL | R | V | 1 | 19991 | LOST BOYS, THE | $2.49 |
| 2/24/01 | 11:09:44 | 7009 | RENTAL | R | V | 1 | 817744 | PRISONER, THE-2000-JACKIE CHAN | $3.79 |
| 2/24/01 | 11:09:42 | 7009 | RENTAL | R | V | 1 | 817737 | URBAN LEGENDS: FINAL CUT | $3.79 |
| 2/8/01 | 12:47:15 | 7009 | EXTENDED REV | R | V | 0 | 817504 | BRING IT ON | $3.79 |
| 2/8/01 | 13:45:17 | 7009 | EXTENDED REV | R | V | 0 | 817489 | BAIT | $3.79 |
| 2/15/01 | 15:35:34 | 7009 | RENTAL | R | V | 1 | 817489 | BAIT | $3.79 |
| 2/15/01 | 15:35:33 | 7009 | RENTAL | R | V | 1 | 817504 | BRING IT ON | $3.79 |
| 2/15/01 | 15:35:30 | 7009 | RENTAL | R | V | 1 | 817677 | SAVING GRACE-2000-BRENDA BLETHYN | $3.79 |
| 2/5/01 | 09:06:20 | 7009 | EXTENDED REV | R | V | 0 | 817580 | DINOSAUR | $3.79 |
| 2/5/01 | 08:53:14 | 7009 | EXTENDED REV | R | | 0 | 817507 | UNDER SUSPICION-2000-GENE HACKMAN | $3.79 |
| 2/3/01 | 19:02:56 | 7009 | RENTAL | R | V | 1 | 817496 | ME, MYSELF & IRENE | $3.79 |
| 2/3/01 | 12:53:19 | 7009 | RENTAL | R | V | 1 | 816634 | WHAT LIES BENEATH | $3.79 |
| 2/2/01 | 12:53:13 | 7009 | RENTAL | R | V | 1 | 812047 | BOILER ROOM | $3.79 |
| 2/2/01 | 12:53:10 | 7009 | RENTAL | R | V | 1 | 816634 | WHAT LIES BENEATH | $3.79 |
| 2/2/01 | 12:53:09 | 7009 | RENTAL | R | V | 1 | 817496 | ME, MYSELF & IRENE | $3.79 |
| 1/26/01 | 13:31:29 | 7009 | RENTAL | R | V | 1 | 812667 | JERRY AND TOM-2000-JOE MANTEGNA | $3.79 |
| 1/26/01 | 13:31:28 | 7009 | RENTAL | R | V | 1 | 817490 | BATTLEFIELD EARTH | $3.79 |
| 1/26/01 | 13:31:27 | 7009 | RENTAL | R | V | 1 | 817449 | COYOTE UGLY | $3.79 |
| 1/26/01 | 13:31:26 | 7009 | RENTAL | R | V | 1 | 817447 | DISNEY'S THE KID | $3.79 |
| 1/20/01 | 18:24:23 | 7009 | RENTAL | R | V | 1 | 817716 | POSSESSED | $3.79 |
| 1/20/01 | 18:24:21 | 7009 | RENTAL | R | V | 1 | 81479b | CENTER STAGE | $3.79 |
| 1/15/01 | 16:46:40 | 7009 | RENTAL | R | V | 1 | 817283 | AUTUMN IN NEW YORK | $3.79 |
| 1/15/01 | 16:46:37 | 7009 | RENTAL | R | V | 1 | 817506 | HOLLOW MAN | $3.79 |
| 1/10/01 | 19:00:13 | 7009 | RENTAL | R | V | 1 | 816358 | SHAFT-2000-SAMUEL L. JACKSON | $3.79 |
| 12 ?? | 14:31:16 | 7009 | RENTAL | R | V | 1 | 816895 | OPPORTUNISTS, THE | $3.79 |

| Date | Time | ID | Type | R | Flag | Qty | Item # | Title | Price |
|---|---|---|---|---|---|---|---|---|---|
| 12/30/00 | 14:31:16 | 17009 | RENTAL | R | | 1 | 816866 | SMALL TIME CROOKS | $3.79 |
| 12/30/00 | 14:31:13 | 17009 | RENTAL | R | | 1 | 816630 | ART OF WAR, THE | $3.79 |
| 12/19/00 | 18:47:03 | 17009 | EXTENDED REV | R | | 0 | 816869 | ROAD TO EL DORADO, THE-CLAMSHELL | $3.79 |
| 12/17/00 | 17:06:58 | 17009 | RENTAL | R | | 1 | 816869 | ROAD TO EL DORADO, THE-CLAMSHELL | $3.79 |
| 12/17/00 | 18:24:56 | 17009 | RENTAL | R | | 1 | 816086 | CHICKEN RUN-CLAMSHELL | $3.79 |
| 12/8/00 | 17:02:06 | 17009 | EXTENDED REV | R | N | 0 | 813736 | CBOY-POKEMON SILVER | $3.99 |
| 12/7/00 | 18:16:20 | 17009 | RENTAL | R | | 1 | 816442 | GONE IN 60 SECONDS-2000-NICOLAS CAGE | $3.79 |
| 12/4/00 | 17:56:00 | 17009 | RENTAL | R | | 1 | 814492 | HELD FOR RANSOM | $3.79 |
| 12/4/00 | 17:55:53 | 17009 | RENTAL RETURN | R | | -1 | 814492 | HELD FOR RANSOM | ($3.79) |
| 12/4/00 | 17:55:24 | 17009 | EXTENDED REV | R | | 0 | 814492 | HELD FOR RANSOM | $3.79 |
| 12/5/00 | 11:48:46 | 17009 | RENTAL | R | N | 1 | 813736 | CBOY-POKEMON SILVER | $3.99 |
| 12/2/00 | 17:53:42 | 17009 | RENTAL | R | | 1 | 815997 | REPLACEMENTS, THE | $3.79 |
| 12/2/00 | 17:53:40 | 17009 | RENTAL | R | | 1 | 815794 | GLADIATOR-2000-RUSSELL CROWE | $3.79 |
| 12/2/00 | 17:53:36 | 17009 | RENTAL | R | | 1 | 814492 | HELD FOR RANSOM | $3.79 |
| 11/27/00 | 17:26:06 | 17009 | EXTENDED REV | R | | 0 | 814492 | HELD FOR RANSOM | $3.79 |
| 11/27/00 | 18:30:27 | 17009 | EXTENDED REV | R | S | 0 | 816077 | PRICE OF GLORY | $4.99 |
| 11/25/00 | 17:55:53 | 17009 | EXTENDED REV | R | | 0 | 813772 | PLAY-TONY HAWK'S PRO SKATER 2 | $3.79 |
| 11/24/00 | 19:20:17 | 17009 | RENTAL | R | | 1 | 816077 | PRICE OF GLORY | $4.99 |
| 11/24/00 | 19:20:16 | 17009 | RENTAL | R | | 1 | 813649 | MISSION TO MARS | $3.79 |
| 11/23/00 | 19:12:59 | 17009 | RENTAL | R | | 1 | 815506 | JOSEPH: KING OF DREAMS(CLAMSHELL) | $3.79 |
| 11/23/00 | 19:12:57 | 17009 | RENTAL | R | | 1 | 812763 | FLINTSTONES IN VIVA ROCK VEGAS, THE-CLAMSHELL | $3.79 |
| 11/19/00 | 13:50:24 | 17009 | RENTAL | R | | 1 | 815564 | BIG MOMMA'S HOUSE | $3.79 |
| 11/19/00 | 13:50:23 | 17009 | RENTAL | R | | 1 | 815779 | PERFECT STORM, THE | $3.79 |
| 11/19/00 | 13:50:21 | 17009 | RENTAL | R | S | 1 | 813772 | PLAY-TONY HAWK'S PRO SKATER 2 | $4.99 |
| 11/18/00 | 17:32:51 | 17009 | RENTAL | R | | 1 | 36891 | WITCHES, THE | $2.49 |
| 11/14/00 | 14:56:29 | 17009 | EXTENDED REV | R | | 0 | 815192 | TITAN A.E. | $3.79 |
| 11/12/00 | 18:33:23 | 17009 | RENTAL | R | | 1 | 815192 | TITAN A.E. | $3.79 |
| 11/12/00 | 18:31:44 | 17009 | RENTAL | R | | 1 | 814504 | BROTHERHOOD, THE | $3.79 |
| 11/12/00 | 18:31:42 | 17009 | RENTAL | R | | 1 | 815537 | FREQUENCY | $3.79 |
| 11/20/00 | 18:31:42 | 17009 | RENTAL | R | | 1 | 812201 | OPERATION DELTA FORCE 5: RANDOM FIRE | $3.79 |
| 11/10/00 | 21:08:15 | 17009 | RENTAL | R | | 1 | 815537 | FREQUENCY | $3.79 |
| 11/10/00 | 21:08:11 | 17009 | RENTAL | R | | 1 | 812097 | NINTH GATE, THE | $3.79 |
| 11/10/00 | 21:08:11 | 17009 | RENTAL | R | | 1 | 815537 | FREQUENCY | $3.79 |
| 11/5/00 | 16:30:45 | 17009 | RENTAL | R | √ | 1 | 814791 | RETURN TO ME | $3.79 |
| 11/5/00 | 16:30:45 | 17009 | RENTAL | R | √ | 1 | 5362 | MONTY PYTHON-HOLY GRAIL | $2.49 |
| 11/5/00 | 16:30:46 | 17009 | RENTAL | R | √ | 1 | 814707 | PATRIOT, THE-2000-MEL GIBSON | $3.79 |
| 11/5/00 | 16:30:44 | 17009 | RENTAL | R | √ | 1 | 61987 | PLAY-2XTREME | $3.79 |
| 10/28/00 | 17:10:24 | 17009 | RENTAL | R | √ | 1 | | PLAY-EXTREME | $4.99 |
| 10/28/00 | 17:09:43 | 17009 | RENTAL | R | √ | 1 | 813349 | TOY STORY 2 | $3.79 |
| 10/23/00 | 17:56:28 | 17009 | EXTENDED REV | R | √ | 0 | 804210 | NEVER BEEN KISSED | $2.49 |
| 10/21/00 | 14:42:32 | 17009 | RENTAL | R | √ | 1 | | | |

| Date | Time | | Type | | | | ID | Title | Price |
|---|---|---|---|---|---|---|---|---|---|
| 10/21/00 | 14:42:30 | 7009 | RENTAL | R | V | 1 | 813349 | TOY STORY 2 | $3.79 |
| 10/18/00 | 17:35:57 | 7009 | RENTAL | R | V | 1 | 814433 | RULES OF ENGAGEMENT | $3.79 |
| 10/18/00 | 17:35:56 | 7009 | RENTAL | R | V | 1 | 814436 | KEEPING THE FAITH | $3.79 |
| 10/18/00 | 17:35:54 | 7009 | RENTAL | R | V | 1 | 814461 | PITCH BLACK | $3.79 |
| 10/7/00 | 13:49:25 | 7009 | RENTAL | R | V | 1 | 809986 | ECHO OF MURDER | $3.79 |
| 10/7/00 | 13:49:24 | 7009 | RENTAL | R | V | 1 | 814654 | U-571 | $3.79 |
| 10/7/00 | 13:49:24 | 7009 | RENTAL | R | V | 1 | 814658 | SKULLS, THE | $3.79 |
| 10/7/00 | 13:49:23 | 7009 | RENTAL | R | V | 1 | 814431 | SNOW DAY | $3.79 |
| 10/6/00 | 11:14:19 | 7009 | EXTENDED REV | R | S | 0 | 810979 | GUN SHY | $4.99 |
| 10/2/00 | 15:57:39 | 7009 | EXTENDED REV | R | S | 0 | 813057 | FINAL DESTINATION | $4.99 |
| 10/2/00 | 15:57:23 | 7009 | EXTENDED REV | R | V | 0 | 814032 | FINAL DESTINATION | $3.79 |
| 9/30/00 | 20:45:01 | 7009 | RENTAL | R | V | 1 | 813649 | MISSION TO MARS | $3.79 |
| 9/30/00 | 20:45:01 | 7009 | RENTAL | R | V | 1 | 814032 | FINAL DESTINATION | $3.79 |
| 9/30/00 | 20:44:59 | 7009 | RENTAL | R | S | 1 | 813057 | FINAL DESTINATION | $3.79 |
| 9/30/00 | 20:44:56 | 7009 | RENTAL | R | V | 1 | 810979 | GUN SHY | $4.99 |
| 9/30/00 | 20:44:54 | 7009 | RENTAL | R | V | 1 | 813649 | MISSION TO MARS | $3.79 |
| 9/21/00 | 14:34:21 | 7009 | RENTAL | R | V | 1 | 813668 | GHOST DOG-WAY OF THE SAMURAI | $3.79 |
| 9/21/00 | 14:34:21 | 7009 | RENTAL | R | V | 1 | 9242 | YOUNG FRANKENSTEIN | $2.49 |
| 9/21/00 | 14:34:13 | 7009 | RENTAL | R | V | 1 | 814033 | FAST LANE TO MALIBU | $3.79 |
| 9/21/00 | 14:34:12 | 7009 | RENTAL | R | V | 1 | 813898 | 28 DAYS | $3.79 |
| 9/21/00 | 14:34:12 | 7009 | RENTAL | R | V | 1 | 812045 | DROWNING MONA | $3.79 |
| 8/27/00 | 18:13:52 | 7009 | RENTAL | R | V | 1 | 812601 | FRN BROCKOVICH | $3.79 |
| 8/27/00 | 18:13:52 | 7009 | RENTAL | R | V | 1 | 812730 | HELL? | $3.79 |
| 8/27/00 | 18:13:49 | 7009 | RENTAL | R | V | 1 | 812601 | FRN BROCKOVICH | $3.79 |
| 8/27/00 | 18:13:49 | 7009 | RENTAL | R | V | 1 | 812603 | SUPERNOVA | $3.79 |
| 8/25/00 | 21:28:23 | 7009 | RENTAL | R | V | 1 | 811003 | LIGHT IT UP | $3.79 |
| 8/25/00 | 21:28:22 | 7009 | RENTAL | R | V | 1 | 812723 | HERE ON EARTH | $3.79 |
| 8/25/00 | 21:28:20 | 7009 | RENTAL | R | V | 1 | 812482 | REINDEER GAMES | $3.79 |
| 9/9/00 | 20:33:44 | 7009 | RENTAL | R | V | 1 | 812047 | BOILER ROOM | $3.79 |
| 9/9/00 | 20:33:10 | 7009 | RENTAL | R | V | 1 | 812604 | AMERICAN PSYCHO | $3.79 |
| 9/3/00 | 17:01:53 | 7009 | RENTAL | R | V | 1 | 812482 | REINDEER GAMES | $3.79 |
| 9/3/00 | 17:01:53 | 7009 | RENTAL | R | V | 1 | 813674 | ANY GIVEN SUNDAY | $3.79 |
| 9/3/00 | 17:01:51 | 7009 | RENTAL | R | V | 1 | 812601 | FRN BROCKOVICH | $3.79 |
| 8/18/00 | 20:04:45 | 7009 | RENTAL | R | V | 1 | 810669 | MING'S MAN, THE | $3.79 |
| 8/18/00 | 20:04:45 | 7009 | RENTAL | R | V | 1 | 101083 | JACOB | $2.49 |
| 8/18/00 | 20:04:44 | 7009 | RENTAL | R | V | 1 | 812200 | OPERATION DELTA FORCE 4: DEEP FAULT | $1.79 |
| 8/18/00 | 20:04:42 | 7009 | RENTAL | R | V | 1 | 812663 | CIDER HOUSE RULES, THE | $1.79 |
| 8/18/00 | 20:04:41 | 7009 | RENTAL | R | V | 1 | 811766 | BRING IT ON? | $1.79 |
| 8/3/00 | 13:27:42 | 7009 | RENTAL | R | V | 1 | 812646 | MAGNOLIA | $1.69 |
| 8/3/00 | 13:27:39 | 7009 | RENTAL | R | V | 1 | 812646 | MAGNOLIA | $1.69 |
| 7/29/00 | 19:40:53 | 7009 | RENTAL | R | V | 1 | 808543 | OLSEN TWINS-PASSPORT TO PARIS | $1.69 |

Rental Transactions

| 7/29/00 | 19:40:48 | 17009 | RENTAL | R | ~ | 1 | 812017 | WHOLE NINE YARDS, THE | $3.69 |
|---------|----------|-------|--------|---|---|---|--------|------------------------|-------|
| 7/29/00 | 19:38:49 | 17009 | RENTAL | R | ~ | 1 | 812127 | MY DOG SKIP | $3.69 |
| 7/21/00 | 15:32:17 | 17009 | RENTAL | R | ~ | 1 | 811944 | ANGELA'S ASHES | $3.69 |
| 7/21/00 | 15:32:16 | 17009 | RENTAL | R | ~ | 1 | 812095 | HURRICANE, THE | $3.69 |
| 7/21/00 | 15:31:13 | 17009 | RENTAL | R | ~ | 1 | 812097 | NINTH GATE, THE | $3.69 |
| 7/15/00 | 22:04:10 | 17009 | RENTAL | R | ~ | 1 | 810944 | GREEN MILE, THE | $3.69 |
| 7/11/00 | 15:12:32 | 17009 | EXTENDED REV | R | ~ | 0 | 811028 | LIBERTY HEIGHTS | $3.69 |
| 7/9/00 | 19:39:52 | 17009 | RENTAL | R | ~ | 1 | 810983 | MR. DEATH: RISE AND FALL OF FRED A. LEUCHTER, JR | $3.69 |
| 7/9/00 | 19:39:50 | 17009 | RENTAL | R | ~ | 1 | 811032 | MERCY-2000-ELLEN BARKIN | $3.69 |
| 7/9/00 | 19:39:47 | 17009 | | | | | | | |

**REWARDS™**

Get A **Free Rental***

**TODAY**

When You Join!



Now With More



**Benefits!**

*And Keep the FREE Rentals Coming!*

*See inside for details.
Low annual fee required. Annual fee may vary by location and exc...

**EXHIBIT**

5

# Rent 5, Get 1 Free* Every Month!†

## Includes



**NEW RELEASES AND GAMES**

With every five paid movie (VHS or DVD) or game rentals during each calendar month, you'll get one rental **FREE**.

Your **FREE** rentals can be anything – *any* VHS, *any* DVD or *any* Game in the store!

†You can earn up to two of these **FREE** rentals per month.

*See reverse side for details.

# 12 Free*
## Movie Rentals a Year!

Get one **FREE** non-New Release DVD
movie rental or BLOCKBUSTER Favorites™
movie rental every month.

This benefit alone is worth more than
the price of the membership.

Get your first **FREE** rental
as soon as you join.

Receive your other **FREE** rental coupons
by mail, in addition to news of special
offers and upcoming movie
and game releases.

### Now Includes







Rent one paid movie (VHS or DVD)
or game every Monday through
Wednesday, get one non-New Release DVD
movie rental or BLOCKBUSTER Favorites
movie rental *FREE*.

*Includes holidays!*



# It Couldn't
# Be Easier!

## Start Enjoying a Year of Savings Today!

### No Forms!

Simply pay the $9.95 annual fee* at the checkout counter.

### Convenient Membership Cards



We'll give you two BLOCKBUSTER Rewards® Membership Cards, plus two Keyring cards to replace your current membership cards

Give the extra cards to household members authorized to rent on your account – their paid rentals help you earn *FREE* rentals even faster!

### Automatic Tracking!

We'll keep track of your monthly rentals and tell you when you've earned a *FREE* one. You tell us when you want to use it – either immediately or anytime before the end of the next calendar month. Want to find out how close you are to your next *FREE* rental? Just check your receipts – they'll also tell you when your existing *FREE* rentals will expire.

### Rent Anywhere

Your membership entitles you to enjoy all of your benefits at any participating BLOCKBUSTER® store.

*Annual fee may vary by location and excludes tax.

## TERMS AND CONDITIONS

Membership in BLOCKBUSTER Rewards® is valid for one (1) year from the date of purchase and is not transferable. Actual membership fee may vary from store to store.

## FREE MONTHLY MOVIE RENTALS

Each month's Movie Rental Coupon is valid only during the dates indicated on the coupon and is good for a non-New Release DVD movie or BLOCKBUSTER Favorites™ movie rental. BLOCKBUSTER Favorites are movie titles on VHS labeled as such in stores, and are determined by BLOCKBUSTER in its sole discretion.

An integral part of your BLOCKBUSTER Rewards membership is the free coupons and other exclusive offers. Our way of providing you with such offers is through the mail. Therefore, when you join BLOCKBUSTER Rewards, you overrule any election you may have previously made to opt out of receiving regular communications from BLOCKBUSTER.

BLOCKBUSTER is not responsible for coupons lost in the mail. Coupons are not transferable and have no cash value. Other restrictions apply. See your Movie Rental Coupons for details.

## MONTHLY RENTAL ACTIVITY

Paid rentals that contribute toward earning free rentals may not be transferred or combined with another account. Rentals paid for during a calendar month may not be applied to the following month's earning period. On memberships purchased mid-month, you have the remainder of the current month plus all of the following month for your first earning period.

## EARNED FREE RENTALS

Free rentals earned during any month are valid at any participating BLOCKBUSTER store until the end of the following month. Members are responsible for any extended viewing fees and taxes associated with a free rental. Earned free rental credits may not be used for payment of extended viewing fees and extended viewing fees do not count toward earned free rentals.

## PROGRAM CHANGES AND AVAILABILITY

BLOCKBUSTER may change the program rules, regulations, and special offers regarding BLOCKBUSTER Rewards at any time without prior notice. BLOCKBUSTER reserves the right to end BLOCKBUSTER Rewards with three (3) month's prior notice.

See participating stores for details. BLOCKBUSTER Rewards is available at participating BLOCKBUSTER store locations, however, certain promotions may be unavailable at some locations. Requires payment of $9.95 annual fee; however, annual fee may vary by location and excludes tax. Void where prohibited by law.

**If you join today, your next *FREE* movie rental coupon will arrive in 30-60 days. For example, if you join BLOCKBUSTER Rewards® in January (whether it's the 1st or the 31st), you'll receive your second *FREE* movie rental coupon on or about the last week of February, which will be good for the month of March.**

For a limited time, if customer rents multiple movies when redeeming monthly rental benefit, credit will be applied to lowest rental price. If customer rents multiple movies when redeeming the Rent 5, Get 1 or midweek benefit, credit will be applied to highest rental price.

99492-01 BLOCKBUSTER name, design and related marks are trademarks of BLOCKBUSTER Inc. ©2001 Blockbuster Inc. All rights reserved.